```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 26700
    JILL M DAMMYER
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

       Debtor
    SSN XXX-XX-6087
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/06/05 and confirmed on 01/10/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 11000.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1909.21 | .00 | 1909.21 |
| DELL FINANCIAL | SECURED | 250.00 | 37.16 | 250.00 |
| ASSOCIATED IMAGING SPECI | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2284.50 | .00 | 947.32 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 148.58 | .00 | 61.61 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ELGIN FINANCIAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| KEY MEDICAL GROUP | UNSECURED | 176.05 | .00 | 73.00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| REIMAN PUBLICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| VILLAS OF GLENEAGLE FARM | UNSECURED | 1207.50 | .00 | 500.71 |
| HOUSE OF FIREPLACES | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO LEASING CORP | SECURED | 2500.00 | 225.82 | 2500.00 |
| CHICAGO LEASING CORP | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1714.32 | .00 | 1714.32 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 4659.21 | 1714.32 | 3816.63 | .00 | 10190.16 |
| PRINCIPAL PAID | 4659.21 | 1714.32 | 1582.64 | .00 | 7956.17 |
| INTEREST PAID | 262.98 | .00 | .00 | .00 | 262.98 |
| TOTAL PAID | 4922.19 | 1714.32 | 1582.64 | .00 | 8219.15 |

The Debtor's attorney, LEGAL HELPERS PC          , was allowed $   2700.00 and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    480.85 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/09/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE